UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MEDEIROS,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., et al.,<br><br>        Defendants. | Case No.  16-cv-06337-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE REGARDING SERVICE ON DEFENDANT BANK OF THE WEST** |

On November 1, 2016, Plaintiff filed the Complaint in this case and named Bank of the West, Inc. as a defendant.  Although the other named defendants have appeared, Bank of the West, Inc. has not, and there is no proof of service on Bank of the West, Inc. in the docket.  Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  The deadline to serve Bank of the West, Inc. expired on January 30, 2017. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not dismiss, without prejudice, Bank of the West, Inc. as a defendant in this case.  If Plaintiff seeks to extend the time to serve Bank of the West, Inc., he must show good cause for his failure to do so within the time limits set by Rule 4(m). Plaintiff's response to this Order to Show Cause shall be due by March 29, 2017.

**IT IS SO ORDERED.**

Dated: March 15, 2017

_____
JEFFREY S. WHITE
United States District Judge